UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  CASE NO.: 6:23-bk-03060-GER
Chapter 13

ALIREZA ASSADI,

    Debtor.
_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Administrative Order FLMB-2020-7 Prescribing Procedures for Chapter 13 Cases filed on or After August 1, 2020 (Doc. No. 5) has been provided by U.S. mail, postage prepaid, or CM/ECF to the following parties: Alireza Assadi, 2108 Silver Leaf Court, Longwood, FL 32791; and Laurie K. Weatherford, Chapter 13 Trustee (via CM/ECF); this 31st day of July, 2023.

    /s/Jeffrey S. Badgley
    JEFFREY S. BADGLEY
    Florida Bar No.: 0599417
    Badgley Law Group
    801 N. Magnolia Ave., Suite 107
    Orlando, FL 32803
    Tel: (407) 781-0420
    Fax: (407) 781-0706
    Attorney for Debtor(s)
    jbadgley@Badgleylawgroup.com