United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-03060-GER |
| Alireza Assadi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 31, 2023 | Form ID: 309I | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alireza Assadi, PO Box 916081, Longwood, FL 32791-6081 |
| 30482825 | + | McCalla Raymer Leibert Pierc, 225 E. Robinson St., Suite 155, Orlando, FL 32801-4326 |
| 30482834 | + | The Bank of New York Melllon, Deluca Law Group, PLLC, 2101 NE 26th St., Fort Lauderdale, FL 33305-1535 |
| 30482835 | + | The Bank of New York Mellon, Certificate Hldrs CWALT ALT, Loan Trust 2006-45TI, 2101 NE 26th St., Fort Lauderdale, FL 33305-1535 |
| 30482836 | + | The Bank of New York Mellon, Certif Holders of CWHEQ Inc, CWHEQ Rev HmEq Trust 2007-A, 226 W. Monrow St., 26th FL, Chicago, IL 60670-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jbadgley@badgleylawgroup.com | Jul 31 2023 22:33:00 | Jeffrey S Badgley, Badgley Law Group, 801 N. Magnolia Avenue, Suite 107, Orlando, FL 32803 |
| tr | + | Email/Text: ecf@c13orl.com | Jul 31 2023 22:33:00 | Laurie K Weatherford, Post Office Box 3450, Winter Park, FL 32790-3450 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 31 2023 22:33:00 | United States Trustee - ORL7/13, 7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 30482802 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2023 22:58:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 30482803 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2023 22:46:58 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 30482805 | + | EDI: BANKAMER.COM | Aug 01 2023 02:22:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 30482804 | + | EDI: BANKAMER.COM | Aug 01 2023 02:22:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 30482806 | + | EDI: BANKAMER.COM | Aug 01 2023 02:22:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 30482807 | + | EDI: TSYS2 | Aug 01 2023 02:22:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 30482808 | + | EDI: TSYS2 | Aug 01 2023 02:22:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 30482809 | + | EDI: LCIBAYLN | Aug 01 2023 02:22:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 30482810 | + | EDI: LCIBAYLN | Aug 01 2023 02:22:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 30482817 | | Email/Text: BKY@conserve-arm.com | Jul 31 2023 22:33:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 30482811 | + | EDI: CAPITALONE.COM | | |

| District/off: 113A-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 31, 2023 | Form ID: 309I | Total Noticed: 46 |

| Recipient ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30482812 | + | EDI: CAPITALONE.COM | Aug 01 2023 02:22:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 30482816 | + | EDI: CITICORP.COM | Aug 01 2023 02:22:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 30482815 | + | EDI: CITICORP.COM | Aug 01 2023 02:22:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 30482818 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 01 2023 02:22:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 30482819 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2023 22:46:51 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 30482821 | + | EDI: DISCOVER.COM | Jul 31 2023 22:46:25 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 30482820 | + | EDI: DISCOVER.COM | Aug 01 2023 02:22:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 30482800 | | EDI: FLDEPREV.COM | Aug 01 2023 02:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 30482822 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 01 2023 02:22:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 30482823 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 31 2023 22:33:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 30482824 | | EDI: IRS.COM | Jul 31 2023 22:33:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 30482813 | | EDI: JPMORGANCHASE | Aug 01 2023 02:22:00 | Internal Revenue Service, Insolvency Unit, 400 W. Bay Street, Ste. 350, Jacksonville, FL 32202 |
| 30482814 | | EDI: JPMORGANCHASE | Aug 01 2023 02:22:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 30482827 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 01 2023 02:22:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 30482826 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 31 2023 22:46:06 | Ollo Card Services, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 30482799 | | Email/Text: kelly.rose@seminolecounty.tax | Jul 31 2023 22:46:16 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 30482828 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 31 2023 22:33:00 | Seminole County Tax Collector, Post Office Box 630, Sanford FL 32772-0630 |
| 30482829 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 31 2023 22:33:00 | Specialized Loan Servicing, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 30482830 | + | EDI: RMSC.COM | Jul 31 2023 22:33:00 | Specialized Loan Servicing/SLS, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 30482831 | + | EDI: RMSC.COM | Aug 01 2023 02:22:00 | Syncb/City Furniture, PO Box 71757, Philadelphia, PA 19176-1757 |
| 30482832 | + | EDI: RMSC.COM | Aug 01 2023 02:22:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30482833 | + | EDI: RMSC.COM | Aug 01 2023 02:22:00 | Synchrony Bank/Sams Club, Po Box 71727, Philadelphia, PA 19176-1727 |
| 30482839 | + | EDI: WFFC2 | Aug 01 2023 02:22:00 | Synchrony Bk/City Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 30482837 | + | EDI: WFFC2 | Aug 01 2023 02:22:00 | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| | | | Aug 01 2023 02:22:00 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 1 Home Campus Mac X2303-01a, |

| District/off: 113A-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 31, 2023 | Form ID: 309I | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 30482838 | + EDI: WFFC2 | Aug 01 2023 02:22:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 30482840 | + EDI: WFFC2 | Aug 01 2023 02:22:00 | Wells Fargo Jewelry Advan, PO Box 14517, Des Moines, IA 50306-3517 |
| 30482841 | + EDI: WFFC2 | Aug 01 2023 02:22:00 | Wells Fargo Jewelry Advant, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30482801 | * | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2023           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey S Badgley | on behalf of Debtor Alireza Assadi jbadgley@badgleylawgroup.com bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com |
| Laurie K Weatherford | ecfdailysummary@c13orl.com |
| United States Trustee - ORL7/13, 7 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Alireza Assadi | Social Security number or ITIN: | xxx–xx–3780 |
| | First Name   Middle Name   Last Name | EIN: | __-_____ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____ EIN: __-_____ | |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: 13 | 7/29/23 |
| Case number: | 6:23–bk–03060–GER | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alireza Assadi | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 916081<br>Longwood, FL 32791 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey S Badgley<br>Badgley Law Group<br>801 N. Magnolia Avenue<br>Suite 107<br>Orlando, FL 32803 | Contact phone (407) 781–0420<br>Email: jbadgley@badgleylawgroup.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790 | Contact phone 407–648–8841 |
| 6. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street.<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br>Contact phone 407–237–8000<br>Date: July 31, 2023 |

**For more information, see page 2**

| 7. Meeting of creditors | August 24, 2023 at 01:30 PM | **Meeting will be held telephonically** |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: Laurie K Weatherford<br>Call in number: 877–506–8680<br>Passcode: 3867774 |

*** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. ***

| 8. Deadlines | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: October 23, 2023** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: October 10, 2023** |
| | **Deadline for governmental units to file a proof of claim:** | **For a governmental unit: 180 days from the date of filing** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Attention Mortgage Holders:** Attachments to your Proof of Claim may be required by changes to Rule 3001. Forms and attachments are available at at www.uscourts.gov. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. Filing of plan, hearing on confirmation of plan | The plan will be sent separately. The initial confirmation hearing will be held on:<br>**September 27, 2023** at **09:00 AM**, Location: **Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801**<br><br>Debtors and their attorneys are not required to attend the Initial Confirmation Hearing because, in most cases, the Initial Confirmation Hearing will be continued to a date after the deadline for filing proofs of claim. However, the Court will hear and may rule on motions and objections that are separately noticed for hearing for the same time as the Initial Confirmation Hearing.<br>Local Rule 5073–1 restricts the entry of electronic devices and mobile phones into the Courthouse. | |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |
| 14. Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |