**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

ALIREZA ASSADI	CASE NO. 23-bk-03060-GER
	CHAPTER 13

        Debtor.
_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2007-A, files its Objection to Confirmation of Plan and states:

1. Creditor holds a note secured by a mortgage on the property located at 2108 Silver Leaf Ct., Longwood, Florida 32779.

2. Creditor is in the process of timely filing a Proof of Claim in the estimated amount of $228,176.13, including a secured arrearage of $155,802.68.

3. Debtor's Plan indicates an intention to mediate with Creditor through the Loss Mitigation Mediation Program; however, an appropriate motion has not been filed, as of the date of this Objection.

4. If a mediation commences and results in an impasse or denial of the modification application, Creditor's Proof of Claim should be in paid in full or the property surrendered.

5. Moreover, Debtor's Plan should account for future taxes and insurance during the pendency of the potential mediation.

**WHEREFORE**, Creditor, respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

                                                */s/ Gavin N. Stewart*
                                                Gavin N. Stewart, Esquire

Florida Bar Number 52899  
P.O. Box 5703  
Clearwater, FL 33765  
P: (727) 565-2653  
F: (727) 213-9022  
E: bk@stewartlegalgroup.com  
Counsel for Movant

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 14th day of August 2023.

<em>/s/ Gavin N. Stewart</em>  
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Alireza Assadi
PO Box 916081
Longwood, FL 32791

**VIA CM/ECF NOTICE**
Jeffrey S Badgley
Badgley Law Group
801 N. Magnolia Avenue
Suite 107
Orlando, FL 32803

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801