UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ALIREZA ASSADI,                         Case No.: 6:23-bk-03060-GER

    Debtor.
_____/

**NOTICE OF APPEARANCE,
REQUEST FOR NOTICE AND RESERVATION OF RIGHTS**

Please take notice that the undersigned attorney appears for Lori Patton, as Chapter 7 Trustee of the bankruptcy estate of Mehrnoosh Sabeti Sanat, pending in the United States Bankruptcy Court, Middle District of Florida, Orlando Division, Case No. 6:23-bk-00467-LVV ("Chapter 7 Trustee") and pursuant to, *inter alia*, F.R.B.P. 2002, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE NOTICE this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including Chapter 7 Trustee with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor

73002756;1

may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by Chapter 7 Trustee.

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall constitute a submission to this court's jurisdiction nor waive any (1) right to object to jurisdiction, (2) right to have final orders in noncore matters entered only after de novo review by a District Judge, (3) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (4) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (5) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Chapter 7 Trustee is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

DATED: October 2, 2023

Respectfully submitted,

**AKERMAN LLP**

*s/ Esther McKean*
Esther McKean, Esquire
Florida Bar Number: 28124
**AKERMAN LLP**
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: esther.mckean@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by CM/ECF this 2nd day of October, 2023 to all parties receiving CM/ECF notifications in this case and by U.S. mail:  **Attorney for the Debtor:** Jeffrey S. Badgley, Esq., Badgley Law Group, 801 N. Magnolia Ave., Suite 107, Orlando, Florida 32803; **UST:** United States Trustee's Office, George C. Young Federal Courthouse, 400 West Washington Street, Suite 1100, Orlando, Florida 32801; **Chapter 13 Trustee:** Laurie K. Weatherford, Esq., P.O. Box 3450, Winter Park, Florida 32790; **Debtor:** Alireza Assadi, P.O. Box 916081, Longwood, FL 32791.

By:   */s/ Esther McKean*
Esther McKean, Esquire