UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ALIREZA ASSADI,                                    Case No.:  6:23-bk-03060-GER

    Debtor.

_____/

## CHAPTER 7 TRUSTEE'S MOTION TO REASSIGN CASE

Lori Patton, as Chapter 7 Trustee of the bankruptcy estate of Mehrnoosh Sabeti Sanat ("Trustee"), by and through undersigned counsel, moves the Court for entry of an order pursuant to Local Rule 1073-1 reassigning this case to Judge Lori V. Vaughan to assist in the efficiency of the Court administering two bankruptcy cases and related adversary proceedings.

1.      On February 7, 2023, Mehrnoosh Sabeti Sanat ("Sanat") filed a bankruptcy case under chapter 7, which was assigned case number 6:23-bk-00467-LVV.  As is indicated by the case number, Ms. Sanat's bankruptcy case was assigned to Judge Lori V. Vaughan.  The Trustee is the duly appointed and qualified trustee in Ms. Sanat's bankruptcy case.

2.      On July 29, 2023, Alireza Assadi ("Assadi") filed a voluntary petition under Chapter 13 in the United States Bankruptcy Court, Middle District of Florida, Orlando Division, initiating case no. 6:23-bk-03060-GER.

3.      Both Debtors have retained the same bankruptcy counsel, Jeffrey S. Badgley.

4.      The Trustee was <u>not</u> advised of Ms. Assadi's bankruptcy case and is filing this motion promptly after discovering same.

5.      Ms. Sanat and Mr. Assadi are alleged to be insiders, reside together and were previously married.  Ms. Sanat in her Schedules refers to Mr. Assadi as her "significant other." In

1

addition, it is alleged that Ms. Sanat and Mr. Assadi committed fraud by transferring real property prior to Ms. Sanat initiating her bankruptcy case.  Specifically, on December 1, 2022, the Honorable Vincent Falcone entered a Final Judgment in the amount of $337,366.60, jointly and severally against Ms. Sanat and Universal Auto Plaza, Inc.   On or about December 15, 2022, a Warranty Deed is executed by Ms. Sanat whereby real property she solely owned was conveyed to a newly formed Florida limited liability company known as Bay Avenue Holdings, LLC ("Bay Avenue").  Bay Avenue's Articles of Organization are signed by Mr. Assadi.

6.      An adversary proceeding is currently pending in Ms. Sanat's bankruptcy case relating to this transfer.  The Trustee intends to initiate adversary proceedings relating *inter alia* the transfer of real property from Ms. Sanat to Mr. Assadi via Bay Avenue.  However, Trustee believes it is prudent to first address procedural issues that are raised by Mr. Assadi's bankruptcy case before filing the adversary proceedings.

7.      The Trustee believes that the current and anticipated adversary proceedings relate to the same facts and issues and for judicial economy believes the cases and adversary proceedings should be assigned to one bankruptcy judge.

8.      Local Rule 1073-1(f)(2) provides:

(2) The judge to whom any case or proceeding is assigned may, at any time, reassign the case or proceeding to any other consenting judge for any limited purpose or for all further purposes.

Wherefore, Chapter 7 Trustee, Lori Patton, requests that the cases being assigned to one bankruptcy judge and believes that Judge Lori V. Vaughan sitting as the original judge to Ms. Sanat's bankruptcy should be assigned Mr. Assadi's bankruptcy case.

73008353;1

Dated: October 2, 2023.

*s/ Esther McKean*
Esther McKean, Esquire
Florida Bar Number: 28124
**AKERMAN LLP**
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: esther.mckean@akerman.com
Attorneys for Chapter 7 Trustee
Lori Patton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was served on October 2, 2023 through the Court's CM/ECF system and by first-class United States Mail, postage prepaid to Debtor: Mehrnoosh Sabeti Sanat, 2018 Silver Leaf Court, Longwood, Florida 32279; Debtor: Alireza Assadi P.O. Box 916081, Longwood, Florida 32791, Debtors' attorney: Jeffrey S. Badgley, Esq., 801 N. Magnolia Avenue, Suite 107, Orlando, Florida 32803 and to those parties on the attached matrices relating to both bankruptcy cases.

.

*/s/ Esther McKean*
Esther McKean, Esq.