Label Matrix for local noticing
113A-6
Case 6:23-bk-03060-GER
Middle District of Florida
Orlando
Mon Oct  2 13:05:04 EDT 2023

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Alireza Assadi
PO Box 916081
Longwood, FL 32791-6081

Jeffrey S Badgley
Badgley Law Group
801 N. Magnolia Avenue
Suite 107
Orlando, FL 32803-3841

Bank of America
4909 Savarese Circle
Tampa, FL 33634-2413

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Bank of America
Po Box 982238
El Paso, TX 79998-2238

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899-8803

Bayview Financial Loan
4425 Ponce De Leon Blvd
Coral Gables, FL 33146-1873

Bayview Financial Loan
Attn: Bankruptcy Dept
4425 Ponce De Leon Blvd.
5th Floor
Coral Gables, FL 33146-1873

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117-6497

(p)CONTINENTAL SERVICE GROUP  LLC   D B A  CO
PO BOX 7
FAIRPORT NY 14450-0007

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Discover Financial
Po Box 30939
Salt Lake City, UT 84130-0939

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

Fortiva
Po Box 105555
Atlanta, GA 30348-5555

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

McCalla Raymer Leibert Pierc
225 E. Robinson St.
Suite 155
Orlando, FL 32801-4326

Ollo Card Services
Attn: Bankruptcy
Po Box 9222
Old Bethpage, NY 11804-9222

Ollo Card Services
Po Box 9222
Old Bethpage, NY 11804-9222

Seminole County Tax Collector
Post Office Box 630
Sanford FL 32772-0630

Specialized Loan Servicing
Attn: Bankruptcy Dept
8742 Lucent Blvd #300
Highlands Ranch, CO 80129-2386

Specialized Loan Servicing LLC
Stewart Legal Group, P.L.
c/o Gavin N. Stewart
P.O. Box 5703
Clearwater, FL 33758-5703

Specialized Loan Servicing/SLS
8742 Lucent Blvd
Highlands Ranch, CO 80129-2386

Gavin Stewart
Stewart Legal Group, P.L.
P.O. Box 5703
Clearwater, FL 33758-5703

Syncb/City Furniture
PO Box 71757
Philadelphia, PA 19176-1757

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams Club
Po Box 71727
Philadelphia, PA 19176-1727

Synchrony Bk/City Furniture
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

The Bank of New York Melllon
Deluca Law Group, PLLC
2101 NE 26th St.
Fort Lauderdale, FL 33305-1535

The Bank of New York Mellon
Certif Holders of CWHEQ Inc
CWHEQ Rev HmEq Trust 2007-A
226 W. Monrow St., 26th FL
Chicago, IL 60670-0001

The Bank of New York Mellon
Certificate Hldrs CWALT ALT
Loan Trust 2006-45TI
2101 NE 26th St.
Fort Lauderdale, FL 33305-1535

The Bank of New York Mellon Trustee (See 410
c/o Specialized Loan Servicing LLC
6200 S. Quebec St., Suite 300
Greenwood Village, Colorado 80111-4720

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Bank NA
Attn: Wells Fargo Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328-0001

Wells Fargo Bank NA
PO Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

Wells Fargo Jewelry Advan
PO Box 14517
Des Moines, IA 50306-3517

Wells Fargo Jewelry Advant
Attn: Bankruptcy
PO Box 10438
Des Moines, IA 50306-0438

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

(d)Chase Card Services
Po Box 15369
Wilmington, DE 19850

ConServe
200 CrossKeys Office Park
Fairport, NY 14450

Internal Revenue Service
Insolvency Unit
400 W. Bay Street, Ste. 350
Jacksonville, FL 32202

End of Label Matrix
Mailable recipients    58
Bypassed recipients     0
Total                  58