| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-00467-LVV<br>Middle District of Florida<br>Orlando<br>Mon Oct  2 13:06:24 EDT 2023 | AdventHealth<br>PO Box 105572<br>Atlanta, GA 30348-5572 | American Express<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 |
| Jeffrey S Badgley<br>Badgley Law Group<br>801 N. Magnolia Avenue<br>Suite 107<br>Orlando, FL 32803-3841 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2321 | Cavalry Portfolio Services<br>Attn: Bankruptcy<br>500 Summit Lake Drive<br>Suite 400<br>Vahalla, NY 10595-2321 |
| Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227-1115 |
| Fifth Third Bank<br>Attn: Bankruptcy<br>Maildrop RCS83E<br>1830 E Paris Ave SE<br>Grand Rapids, MI 49546-6253 | Floorplan Xpress, LLC-OK<br>2900 S Telephone Road<br>Suite 220<br>Oklahoma City, OK 73160-2971 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| James Randolph Liebler II<br>Liebler, Gonzalez & Portuondo<br>25th Floor Courthouse Tower<br>44 West Flagler Street<br>Miami, FL 33130-1817 | Liebler Gonzalez & Portuondo<br>Courthouse Tower 25th Floor<br>44 West Flagler Street<br>Miami, FL 33130-1817 | Esther A McKean<br>Akerman LLP<br>420 South Orange Ave. Suite 1200<br>Orlando, FL 32801-4904 |
| Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Mgmt<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | Midland Funding, LLC<br>320 East Big Beaver<br>Troy, MI 48083-1238 |
| Midland Funding, LLC<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | Online Collections<br>685 W Fire Tower Rd<br>Winterville, NC 28590-9232 | Online Collections<br>Attn: Bankruptcy<br>Po Box 1489<br>Winterville, NC 28590-1489 |

| | | |
|---|---|---|
| Lori Patton<br>Lori Patton, Trustee<br>377 Maitland Ave<br>Ste 1002<br>Altamonte Springs, FL 32701-5442 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Priority Credit Union<br>301 W Michigan Avenue<br>Orlando, FL 32806 |
| Regions Bank<br>720 North 39th Street<br>Birmingham, AL 35222-1112 | Regions Bank<br>Attn: Bankruptcy<br>2050 Parkway Office Circle<br>Hoover, AL 35244-1805 | SYNCB/BRMart<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| SYNCB/BRMart<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Mehrnoosh Sabeti Sanat<br>2108 Silver Leaf Court<br>Longwood, FL 32779-2757 | Seminole County Tax Collector<br>Post Office Box 630<br>Sanford FL 32772-0630 |
| Trustco Bank<br>320 State Street<br>Schenectady, NY 12305-2302 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Universal Auto Plaza, Inc<br>3701 W Colonial Drive<br>Orlando, FL 32808-7905 |
| Wells Fargo Auto<br>Attn: Bankruptcy<br>PO Box 168048<br>Irving, TX 75016-8048 | Wells Fargo Auto<br>Po Box 71092<br>Charlotte, NC 28272-1092 | Wells Fargo Auto Finance<br>Attn: Bankruptcy<br>PO Box 29704<br>Phoenix, AZ 85038-9704 |
| Wells Fargo Auto Finance<br>Po Box 71092<br>Charlotte, NC 28272-1092 | Wells Fargo/Dillards<br>Attn: Bankruptcy<br>PO Box 10438<br>Mac F8235-02f<br>Des Moines, IA 50306-0438 | Wells Fargo/Dillards<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| Westlake Flooring Company<br>c/o Corporate Creations Net<br>801 US Highway 1<br>North Palm Beach, FL 33408-3811 | Westlake Flooring Company LLC<br>c/o James R. Liebler, II<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1808 | Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler St.<br>Courthouse Tower - 25th FL<br>Miami, FL 33130-1808 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cavalry Portfolio Services<br>4050 E Cotton Center Blvd<br>Phoenix, AZ 85040 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | Portfolio Recovery Associates<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |

(d)Portfolio Recovery Associates, LLC
120 Corporate Blvd Ste 100
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Esther A McKean<br>Akerman LLP<br>420 South Orange Ave. Suite 1200<br>Orlando, FL 32801-4904 | End of Label Matrix<br>Mailable recipients    50<br>Bypassed recipients     1<br>Total                  51 |