UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

CASE NO.: 6-23-bk-03060-GER
Chapter 13

ALIREZA ASSADI,

    Debtor.
_____/

**TRUSTEE'S RESPONSE OF NO OPPOSITION
TO CHAPTER 7 TRUSTEE'S MOTION TO REASSIGN CASE**

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and files her Response of No Opposition to Chapter 7 Trustee's Motion to Reassign Case (Document No. 13) and as grounds states as follows:

1. The Chapter 13 Trustee has no opposition to this case being reassigned to the Honorable Lori V. Vaughan.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notification and/or United States mail, postage pre-paid to: All Creditors and Parties in Interest as listed on the attached Court Mailing Matrix, this 3rd day of October, 2023.

/s/ Laurie K. Weatherford
Laurie K. Weatherford, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Ana V. DeVilliers, Esq.
Fla. Bar No. 0123201
P.O. Box 3450
Winter Park, FL 32790
(407) 648-8841 - Telephone
(407) 648-2665 – Facsimile