| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-03060-GER<br>Middle District of Florida<br>Orlando<br>Tue Oct  3 07:07:58 EDT 2023 | Alireza Assadi<br>PO Box 916081<br>Longwood, FL 32791-6081 | Chapter 7 Trustee Lori Patton<br>377 Maitland Ave., Suite 1002<br>Altamonte Springs, FL 32701-5442 |
| Grace E. Robson<br>Orlando<br>, FL | Specialized Loan Servicing LLC<br>Stewart Legal Group, P.L.<br>c/o Gavin N. Stewart<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Ally Bank -<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Bank of America<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | Bayview Financial Loan<br>4425 Ponce De Leon Blvd<br>Coral Gables, FL 33146-1873 | Bayview Financial Loan<br>Attn: Bankruptcy Dept<br>4425 Ponce De Leon Blvd.<br>5th Floor<br>Coral Gables, FL 33146-1873 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One N.A. -<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| (p)CONTINENTAL SERVICE GROUP  LLC   D B A  CO<br>PO BOX 7<br>FAIRPORT NY 14450-0007 | Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| Discover Bank -<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Fortiva<br>Po Box 105555<br>Atlanta, GA 30348-5555 |

```
(p)INTERNAL REVENUE SERVICE           Internal Revenue Service            LVNV Funding, LLC -
CENTRALIZED INSOLVENCY OPERATIONS     Post Office Box 7346                Resurgent Capital Services
PO BOX 7346                           Philadelphia PA 19101-7346          PO Box 10587
PHILADELPHIA PA 19101-7346                                                Greenville, SC 29603-0587


McCalla Raymer Leibert Pierc          Ollo Card Services                  Ollo Card Services
225 E. Robinson St.                   Attn: Bankruptcy                    Po Box 9222
Suite 155                             Po Box 9222                         Old Bethpage, NY 11804-9222
Orlando, FL 32801-4326                Old Bethpage, NY 11804-9222


Seminole County Tax Collector         Specialized Loan Servicing          Specialized Loan Servicing/SLS
Post Office Box 630                   Attn:  Bankruptcy Dept              8742 Lucent Blvd
Sanford FL 32772-0630                 8742 Lucent Blvd #300               Highlands Ranch, CO 80129-2386
                                      Highlands Ranch, CO 80129-2386


Syncb/City Furniture                  Synchrony Bank/Sams Club            Synchrony Bank/Sams Club
PO Box 71757                          Attn: Bankruptcy                    Po Box 71727
Philadelphia, PA 19176-1757           Po Box 965060                       Philadelphia, PA 19176-1727
                                      Orlando, FL 32896-5060


Synchrony Bk/City Furniture           The Bank of New York Melllon        The Bank of New York Mellon
Attn: Bankruptcy                      Deluca Law Group, PLLC              Certif Holders of CWHEQ Inc
PO Box 965060                         2101 NE 26th St.                    CWHEQ Rev HmEq Trust 2007-A
Orlando, FL 32896-5060                Fort Lauderdale, FL 33305-1535      226 W. Monrow St., 26th FL
                                                                          Chicago, IL 60670-0001


The Bank of New York Mellon           The Bank of New York Mellon Trustee (See 410    Wells Fargo Bank NA
Certificate Hldrs CWALT ALT           c/o Specialized Loan Servicing LLC              1 Home Campus Mac X2303-01a
Loan Trust 2006-45TI                  6200 S. Quebec St., Suite 300                   3rd Floor
2101 NE 26th St.                      Greenwood Village, Colorado 80111-4720          Des Moines, IA 50328-0001
Fort Lauderdale, FL 33305-1535


Wells Fargo Bank NA                   Wells Fargo Bank NA                 Wells Fargo Bank, N.A. -
Attn: Wells Fargo Bankruptcy          PO Box 14517                        PO Box 10438, MAC F8235-02F
1 Home Campus Mac X2303-01a           Des Moines, IA 50306-3517           Des Moines, IA 50306-0438
Des Moines, IA 50328-0001


Wells Fargo Bank, N.A. -              Wells Fargo Bank, N.A., Wells Fargo Card Ser   Wells Fargo Jewelry Advan
Wells Fargo Card Services             PO Box 10438, MAC F8235-02F                    PO Box 14517
PO Box 10438, MAC F8235-02F           Des Moines, IA  50306-0438                     Des Moines, IA 50306-3517
Des Moines, IA 50306-0438


Wells Fargo Jewelry Advant            Laurie K Weatherford +              United States Trustee - ORL7/13 7 +
Attn: Bankruptcy                      Post Office Box 3450                Office of the United States Trustee
PO Box 10438                          Winter Park, FL 32790-3450          George C Young Federal Building
Des Moines, IA 50306-0438                                                 400 West Washington Street, Suite 1100
                                                                          Orlando, FL 32801-2210


Esther A McKean +                     Jeffrey S Badgley +                 Gavin Stewart +
Akerman LLP                           Badgley Law Group                   Stewart Legal Group, P.L.
420 South Orange Ave. Suite 1200      801 N. Magnolia Avenue              P.O. Box 5703
Orlando, FL 32801-4904                Suite 107                           Clearwater, FL 33758-5703
                                      Orlando, FL 32803-3841
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 | ConServe<br>200 CrossKeys Office Park<br>Fairport, NY 14450 |

Internal Revenue Service
Insolvency Unit
400 W. Bay Street, Ste. 350
Jacksonville, FL 32202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    59<br>Bypassed recipients     1<br>Total                  60 |