**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                                   CASE NO.: 6:23-cv-03060-GER

ALIREZA ASSADI,

     Debtor.
_____/

**NOTICE OF APPEARANCE OF COUNSEL**
**AND DESIGNATION OF EMAIL ADDRESS**

**PLEASE TAKE NOTICE** that the law firm Liebler, Gonzalez & Portuondo, hereby enters its appearance as counsel for Creditor WESTLAKE FLOORING COMPANY, LLC, in these proceedings. All parties are requested to take notice of the appearance of undersigned additional counsel and to serve all copies of any and all motions, orders, pleadings, papers, reports, and/or documents of any kind or nature upon the undersigned additional counsel.

Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), undersigned hereby gives notice of the primary and secondary e-mail addresses of its counsel as follows:

| | |
|---|---|
| Counsel's name: | **James R. Liebler, II, Esquire** |
| Primary e-mail address: | JRLII@lgplaw.com; mkv@lgplaw.com |
| Secondary e-mail addresses: | service@lgplaw.com |

DATED: October 3, 2023.

                                  By:   */s/ James R. Liebler, II*
                                       JAMES R. LIEBLER, II
                                       Florida Bar No. 115348
                                       **LIEBLER, GONZALEZ & PORTUONDO**
                                       *Attorneys for Westlake Flooring Company, LLC*
                                       Courthouse Tower - 25th Floor
                                       44 West Flagler Street
                                       Miami, FL 33130
                                       Tel: (305) 379-0400

CASE NO.: 6:23-cv-03060-GER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2023, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ James R. Liebler, II*
JAMES R. LIEBLER, II