**[13nfinmg]** [Notice of Requirement to File Certification About a Financial Management Course – Ch 13]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                         Case No. 6:23–bk–03060–GER
                                                                                               Chapter 13

Alireza Assadi
PO Box 916081
Longwood, FL 32791


_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT
A FINANCIAL MANAGEMENT COURSE**

   In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. § 111. The Debtor has not filed a Certification About a Financial Management Course (Official Form 423).

   YOU ARE NOTIFIED that in a chapter 13 case, the case will close without an entry of discharge if the Debtor fails to file the certification no later than the date of the last required plan payment or the filing of a motion for a discharge under § 1328(b) of the Code, in accordance with Fed. R. Bankr. P. 1007(c).

   If you previously submitted a Certification About a Financial Management Course (Official Form 423) dated prior to the petition file date of July 29, 2023 , a new post–petition Certification About a Financial Management Course is required.

   A link to forms is available on the Court's website at: https://www.uscourts.gov/sites/default/files/form_b423.pdf.


   Dated:  October 5, 2023             FOR THE COURT
                                       Sheryl L. Loesch , Clerk of Court
                                       George C. Young Federal Courthouse
                                       400 West Washington Street
                                       Suite 5100
                                       Orlando, FL 32801


   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee