United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-03060-GER |
| Alireza Assadi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 06, 2023 | Form ID: 13nfmtam | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alireza Assadi, PO Box 916081, Longwood, FL 32791-6081 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Esther A McKean | on behalf of Creditor Chapter 7 Trustee Lori Patton esther.mckean@akerman.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| James Randolph Liebler, II | on behalf of Creditor Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| Jeffrey S Badgley | on behalf of Debtor Alireza Assadi jbadgley@badgleylawgroup.com bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com |
| Laurie K Weatherford | ecfdailysummary@c13orl.com |
| United States Trustee - ORL7/13, 7 | |

District/off: 113A-6 | User: admin | Page 2 of 2
Date Rcvd: Oct 06, 2023 | Form ID: 13nfmtam | Total Noticed: 1

USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 6

[13nfinmg] [Notice of Requirement to File Certification About a Financial Management Course – Ch 13]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                                  Case No. 6:23−bk−03060−GER
                                                                                                        Chapter 13

Alireza Assadi
PO Box 916081
Longwood, FL 32791

_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT
A FINANCIAL MANAGEMENT COURSE**

   In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. § 111. The Debtor has not filed a Certification About a Financial Management Course (Official Form 423).

   YOU ARE NOTIFIED that in a chapter 13 case, the case will close without an entry of discharge if the Debtor fails to file the certification no later than the date of the last required plan payment or the filing of a motion for a discharge under § 1328(b) of the Code, in accordance with Fed. R. Bankr. P. 1007(c).

   If you previously submitted a Certification About a Financial Management Course (Official Form 423) dated prior to the petition file date of July 29, 2023 , a new post−petition Certification About a Financial Management Course is required.

   A link to forms is available on the Court's website at: https://www.uscourts.gov/sites/default/files/form_b423.pdf.

Dated:  October 5, 2023           FOR THE COURT
                                  Sheryl L. Loesch , Clerk of Court
                                  George C. Young Federal Courthouse
                                  400 West Washington Street
                                  Suite 5100
                                  Orlando, FL 32801

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee